MARY E. BOETSCH
SINAI, SCHROEDER, MOONEY,
BOETSCH, BRADLEY & PACE
448 HILL STREET
RENO, NEVADA 89501
(775) 323-5178

Attorney for Defendant
BYRON TRENT DAVIS



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:13-CR-0011-HDM-WGC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| BYRON TRENT DAVIS | |
| Defendant. | |

COMES NOW, the Plaintiff, the United States of America by and through its counsel, Assistant United States Attorney Carla Higginbotham, Esq., and the Defendant, Byron Trent Davis personally and by and through his counsel, Mary E. Boetsch, Esq., and hereby agree and stipulate that the Defendant, Byron Trent Davis, may be permitted to leave the state of Nevada and travel to Maryland for management training for his employment. Mr. Davis is schedule to leave on Saturday, August 10, 2013 and return on August 16th, 2013.

///
///
///
///

1

Pretrial Services Officer Justin Mounts consents to this travel.

DATED this 9th day of August 2013.

_____
CARLA HIGGINBOTHAM, ESQ.
Counsel for Plaintiff

_____
MARY E. BOETSCH, ESQ.
Counsel for Defendant
Byron Trent Davis

_____
JUSTIN MOUNTS
Pretrial Services Officer

IT IS SO ORDERED.

DATED this 9th day of August 2013.

_____
MAGISTRATE JUDGE

2